FILED

2021 JUL -7 PM 12: 21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JONATHAN CORTEZ<br>USMS# 65274-298 | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>21MJ03207  CR17-04048<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 07/07/2021    1100    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583 PROBATION VIOLATION

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ___

7. Year of Birth: 1992

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ___

11. Name: KITH, R.   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: US MARSHALS

14. Signature: [signed]

15. Date: 07/07/2021

CR-64 (05/18)            REPORT COMMENCING CRIMINAL ACTION